| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 52 |
| SONIA K. KOCHHAR | * | September Term, 2021 |

**O R D E R**

Upon consideration of the Petition to Transfer to Disability Inactive Status and the attachments thereto filed by the Petitioner pursuant to Rule 19-739, the Respondent's response to the Court's Order to Show Cause, it is this 25th day of February, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and it is hereby GRANTED, and the Respondent, Sonia K. Kochhar, is hereby transferred to disability inactive status pending further order of this Court, and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Sonia K. Kochhar from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Joseph M. Getty
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk